JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO BAUTISTA, | Case No. 2:18-cv-07976 SVW (JPRx) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |
| v. | |
| HEUNG CHANG d/b/a FRANK'S LIQUOR; and DOES 1 through 10 inclusive, | Complaint Filed: September 13, 2018<br>Trial Date: May 07, 2019 |
| Defendants. | |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: April 26, 2019 _____
United States District Court Judge